Alice Frost, Appellee, v. Andes Candies, Inc., and
Elton A. Gould, Appellants.

Gen. No. 43,748.

536

opinion filed November 18, 1946; released for publication December 4, 1946. Burt A. Crowe and Andrew J. Farrell, for appellants; Carl E. Abrahamson, of counsel; Dooley & Baker and Lewis L. Root, for appellee; James A. Dooley, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.